U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 10, 2020



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/13/2020

**BY ECF AND EMAIL**

Hon. Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**

**Re:** *United States* **v.** *Joseph Jeffries*, **15 Cr. 537 (VEC)**

Dear Judge Caproni:

    The Government respectfully submits this letter to inform the Court that defendant Joseph Jeffries, through his counsel, has expressed a desire to accept a plea offer from the Government that would resolve his pending motion to vacate his conviction for violating Title 18, United States Code, Sections 924(c) and sentence in light of the Supreme Court's recent decision in *United States* v. *Davis*, 2019 WL 2570623 (U.S. Jun. 24, 2019).

    Under this plea proposal, the Government and Jeffries would enter into a written agreement to jointly seek the vacatur of his Section 924(c) conviction and sentence pursuant to *Davis*, Jeffries would plead guilty to a superseding criminal information charging Jeffries with a different statutory violation (of Title 18, United States Code, Section 371) covering his offense conduct in this case, and Jeffries would be resentenced by this Court.

    Accordingly, the Government and Jeffries through his counsel respectfully request that the Court schedule a change of plea hearing for Jeffries to do so, on a date convenient for the Court, late next week or early the following week in January 2020 if possible.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By:   /s/_____
     Samson Enzer
     Gina M. Castellano
     Andrew C. Adams
     Assistant United States Attorneys
     (212) 637-2342 / -2224 / -2340

Cc:   Bennett Epstein, Esq. (via ECF)

---

A hearing is hereby scheduled for **January 21, 2020, at 11:00 A.M.**  The Government is requested to email to chambers a copy of the anticipated plea agreement and charging instrument by **January 16, 2020**.

SO ORDERED.      Date: 01/13/2020

*[signature: Valerie Caproni]*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE