UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___01/17/2020_

| | |
|---|---|
| JOSEPH JEFFRIES,<br><br>Petitioner,<br><br>-against-<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | 19-CV-7760 (VEC)<br><br>15-CR-0537-18 (VEC)<br><br><u>ORDER</u> |

VALERIE CAPRONI, United States District Judge:

WHEREAS on August 16, 2019, Mr. Jeffries filed a motion to vacate his prior conviction for a violation of 18 U.S.C. § 924(c), Dkt. 1384; and

WHEREAS on January 17, 2020, Mr. Jeffries appeared before this Court to plead guilty to a superseding information (S27) and to vacate his prior conviction pursuant to *United States v. Davis*, 139 S. Ct. 2319 (2019);

IT IS HEREBY ORDERED that Mr. Jeffries' motion to vacate the prior judgment of conviction, which was imposed on March 6, 2017, Dkt. 814, is GRANTED. The Clerk of Court is respectfully requested to terminate docket entry 1384, and to close the related civil matter, Case No. 19-CV-7760.


**SO ORDERED.**

**Date: January 17, 2020**
**New York, New York**

**VALERIE CAPRONI**
**United States District Judge**