USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  4/19/2023____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

JOSEPH JEFFRIES

15-CR-0537-18 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on April 18, 2023, Mr. Jeffries appeared before Magistrate Judge Willis for

initial presentment, *see* Dkt. 1818.

IT IS HEREBY ORDERED that a status conference will be held on **Monday, May 1, 2023**

**at 11:00 a.m.** in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40

Foley Square, New York, New York 10007.

**SO ORDERED.**

**Date:  April 19, 2023**
**New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**