

**EPSTEIN SACKS PLLC**
ATTORNEYS AT LAW
100 LAFAYETTE STREET
SUITE 502
NEW YORK, N.Y. 10013
*(212) 684-1230*

BENNETT M. EPSTEIN: (917) 653-7116
SARAH M. SACKS: (917) 566-6196

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/11/2023

May 11, 2023

Hon. Valerie E. Caproni
United States District Judge
Southern District of NewYork
US Courthouse
40 Foley Square
New York, NY 10007

Via ECF and email to CaproniNYSDChambers@nysd.uscourts.gov

    Re: United States v. Joseph Jeffries
        15 Cr. 537 (VEC)

Dear Judge Caproni:

    We represent the defendant Joseph Jeffries in this Violation of Supervise Release proceeding. The matter is presently scheduled for a conference on May 16, 2023.

    The purpose of this letter is to request an adjournment of the conference to May 25th. The Government consents. Your Honor's Chambers has informed me that the date is available and AUSA Jeffrey Coyle is available any time prior to 3pm on that day.

    The reason for the adjournment is that Mr. Jeffries was not produced on the underlying charge in State Court last week, but is expected to be produced on May 22nd, which would make it more likely for us to have critical and perhaps dispositive information if the conference before Your Honor is adjourned to the 25th.
.

    If this meets with the Court's approval, kindly "So Order" this letter or have Chambers contact me with any questions or concerns.

        Very truly yours,

        *Bennett M. Epstein*
        Bennett M. Epstein

Application GRANTED.  The status conference for Mr. Jeffries originally scheduled for May 19, 2023, is hereby ADJOURNED to **Thursday, May 25, 2023 at 2:00 p.m.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

SO ORDERED.

Date: 5/11/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE