```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/23/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

JOSEPH JEFFRIES

15-CR-0537-18 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on May 25, 2023, Mr. Jeffries was scheduled to appear before the Undersigned for a status conference at 2:00 P.M.

IT IS HEREBY ORDERED that by no later than **5:00 P.M. on May 24, 2023**, the parties must submit a joint letter to the Court providing a status update on this case.

**SO ORDERED.**

Date: May 23, 2023
      New York, New York

**VALERIE CAPRONI
United States District Judge**